**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| IRONWORKS PATENTS, LLC, | |
| Plaintiff, | Case No. 2:19-cv-00016-JRG-RSP |
| v. | |
| ASUSTEK COMPUTER INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Because they have reached a settlement agreement that resolves all matters in this controversy between them, the undersigned, Plaintiff IRONWORKS PATENTS LLC and Defendant ASUSTEK COMPUTER, INC., being all parties who have appeared in the above-captioned action jointly stipulate to the voluntary dismissal of this case with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and with each party to bear its own fees and costs. This Court shall retain jurisdiction to enforce the settlement agreement.

Dated: November 8, 2019

Respectfully submitted,

*/s/ Carrie A. Bader*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450

*/s/ Alison Aubry Richards*
Alison Aubry Richards
IL Bar # 6285669 (also admitted in ED Texas)
arichards@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603

Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Michelle L. Marriott
Eric A. Buresh
Carrie A. Bader
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
Email:  michelle.marriott@eriseip.com
eric.buresh@eriseip.com
carrie.bader@eriseip.com

*Counsel for Defendant*
*ASUSTek Computer, Inc.*

Telephone: (312) 241-1500

*Attorney for Plaintiff*
*Ironworks Patents, LLC*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic

service are being served with a copy of this document via the Court's CM/ECF system per E. Dist.

Tex. Loc. Ct. R. CV-5(a)(3) on November 8, 2019. Any other counsel of record will be served via

electronic transmission.

*/s/Alison Aubry Richards*
Alison Aubry Richards